**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

MISTY G. BEASLEY, )
)
Plaintiff, )
)
v. ) Case No. CIV-20-1179-PRW
)
GMRI, INC. )
)
Defendant. )

**JOINT STIPULATION OF DISMISSAL**

**COME NOW** the Parties, and hereby stipulate and agree that pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own costs and attorneys' fees.

**RESPECTFULLY SUBMITTED THIS 9th DAY OF MAY 2022.**

*s/ Mark Hammons*
Mark Hammons, OBA No. 3784
Amber L. Hurst, OBA # 21231
Brandon D. Roberts, OBA # 34012
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: taylor@hammonslaw.com
*Counsel for Plaintiff*

s/ Michael P. Royal
Michael P. Royal
Oklahoma Bar No. 19388
Littler Mendelson, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100 (Telephone)
214.880.0180 (Telecopier)
mroyal@littler.com
*Attorneys for Defendant*

*And*

s/ Timothy C. Haughee
(*signed with permission of the filing party*)
Timothy C. Haughee
Director & Sr. Assoc. Counsel-
Litigation and Employment Law
thaughee@darden.com